

RECEIVED
Aug 18. 2008
AUG 18 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

**Plaintiff(s)**

John G. Armstrong

v.

08CV4692
JUDGE ZAGEL
MAG. DENLOW

**Defendant(s)**

Judge Veronica B. Mathein
Judge Michele F. Lowrance
Kevin McCarty Esq.

Comes now Plaintiff, pro-se, complaining against Defendants et al. for violation of 14th Amendment Rights of Due process and 1655 violation, Fraud Against the court and Conspiracy to Deny Plaintiff his constitution Rights. In that an Automatic Default Judgment, without NOTICE, was ENTERED AGAINST PLAINTIFF; that Judge Mathein ENTERED an ORDER that Plaintiff was Restricted to file any Motions on this cause without her Approval; In that each court appearance made by Plaintiff has been stricken from the Call. In that, Plaintiff is not allowed to file a Motion to vacate Default Judgment of 4-21-2008 nor Motion to have Judge Mathein RECUSED for Her OUTRAGEOUS, BIAS AGAINST PLAINTIFF. (SEE ATTACHMEN

John Armstrong 8-18-2008 (INTENT TO SUE

# ~~INTENT TO SUE~~

Re: 06D11705

**Recipients of Intent to Sue:**
The Honorable Judges of the Circuit Court of Cook County, Daley Center, Chicago, IL

- MATHEIN, VERONICA B

- LOWRANCE, MICHELE F.

    Attorney:

- Kevin McCarty of The Law Firm of LOWE BARRY NEIL,

    432 N. Clark, Chicago, IL. 60610

## Contents of Intent to Sue:

- **Explains the Automatic Default Judgment against Respondant NO NOTICE**

- **Explains Fraud Against the Court 1655 violation**

- **Advises mentioned parties that they may be sued in the future and why.**

RE: Notice of Intent to Sue Pursuant to C.R.S. @ 24-10-109

To All of the Foregoing:

Notice is hereby provided pursuant to C.R.S. @ 24-10-109 of pending claims against all the foregoing addressees.

My name is John Armstrong, Pro-se, 2313 E. 71th street, Chicago, IL. 60649

The facts are as follows: On April 21, 2008, Petitioner and Respondant was scheduled to appear in front of the Honorable Judge Mathein to address all issues not covered during pretrial..

Respondant was not able to make the 4-21-2008 court appearance because of illness; Judge Mathein was not able to make the 4-21-2008 court appearance neither for personal reasons.

The Petitioner, instead of filing a motion to Continue, went to another court, Judge LOWRANCE, MICHELE F, and filed a motion for **Automatic Default Judgment** without Notice against Respondant.

*Default was allowed and Judgment entered against Respondant without NOTICE!*

Respondant filed a Motion To Vacate Default Judgment of April 21, 2008 on June 12, 2008; this is within the 30 days limitation.

On May 19, 2008, Petitioner and Respondant appeared before the Honorable Judge Mathein on Respondant's motion to vacate 4-21-2008 default judgment against him. Petitioner complainted to Judge Mathein that Respondant's motion to vacate default judgment was not in the proper format.

Judge Mathein allowed Petitioner's motion to STRIKE Respondant's motion to vacate default judgment.

On June 18, 2008 both Petitioner and Respondant appeared before Judge Mathein on Respondant's motion to vacate default judgment of 4-21-2008. Respondant motioned the court with a 2-1301 petition to vacate the default judgement but Judge Mathein rule that the 2-1301 petition was Void because the 30 days had expired from the default judgment.

Respondant motioned the court for LEAVE to present a 2-1401 petition with affidavit this was previously prepared with the 2-1301. Respondant's 2-1401 was allowed. Petitioner was given 21 days to reply.

On July 28, 2008 Petitioner and Respondant appeared before Judge Mathein on Petitioner's reply to Respondant's 2-1401 petition. Judge Mathein ruled that my Meritous Defense was not meritious and my 2-1401 was denied.

Judge Mathein ordered that Respondant was striken from filing further motions unless she approved of the motion beforehand.

On August 4, 2008, Respondant appeared before Judge Mathein on his motion to vacate Petitioner's Original Default Judgment - NO NOTICE and FRAUD AGAINST THE COURT 1655 violation. Respondant was NEVER SERVED.

Judge Mathein ruled that Respondant was not to file any motions without her permission. The motion to vacate was striken from the call.

My potential legal claims include, but are not limited to: violation of my civil rights Due Process violation. The precise amount of damages is not known

Sincerely,

John Armstrong

August 18, 2008