

08CV4692
JUDGE ZAGEL
MAG. DENLOW

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: John G. ARMSTRONG
(Please print)

STREET ADDRESS: 2313 E. 71th street

CITY/STATE/ZIP: Chicago IL 60649

PHONE NUMBER: (773) 643-0108

CASE NUMBER: _____

Signature _____   Date 8-18-2008